B18 (Official Form 18) (12/07)

# United States Bankruptcy Court
Eastern District of Virginia  
701 East Broad Street  
Richmond, VA 23219

**Case Number** 13−33661−KRH  
**Chapter** 7

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Jacqueline Rene Powell−Hamlett  
aka Jacqueline R. Powellhamlett, aka  
Jacqueline Powell, aka Jacquelin  
Powellhamlett, aka Jacqueline Rene  
Hamlett  
7927 Tamarind Place  
Richmond, VA 23227

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):  
Debtor: xxx−xx−7500

Employer Tax−Identification (EIN) No(s).(if any):  
Debtor: NA

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

Jacqueline Rene Powell−Hamlett is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

**FOR THE COURT**

Dated: October 16, 2013                                         William C. Redden, CLERK

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18 (Official Form 18) (12/07) – Cont.

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

## Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

## Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

## Debts that are Not Discharged.

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

```
                           United States Bankruptcy Court
                             Eastern District of Virginia
In re:                                                             Case No. 13-33661-KRH
Jacqueline Rene Powell-Hamlett                                     Chapter 7
        Debtor            CERTIFICATE OF NOTICE
District/off: 0422-7         User: admin                 Page 1 of 2            Date Rcvd: Oct 17, 2013
                             Form ID: B18                Total Noticed: 28


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 19, 2013.
db           +Jacqueline Rene Powell-Hamlett,    7927 Tamarind Place,    Richmond, VA 23227-2112
cr           +WELLS FARGO BANK, NA,   236 CLEARFIELD AVENUE SUITE 215,    VIRGINIA BEACH, VA 23462-1893
11876061      Comcast,   Attn: Bankruptcy Dept,    PO Box 3012,   Southeastern, PA 19398-3012
11876065     +Direct Merchants Bank,    P.O. Box 71105,   Charlotte, NC 28272-1105
11876067    ++FOCUSED RECOVERY SOLUTIONS,    9701 METROPOLITAN COURT,   STE B,   RICHMOND VA 23236-3690
              (address filed with court: Focused Recovery Solutions,    Re: Henrico Doctors,
                9701 Metropolitan Ct, Suite B,    Richmond, VA 23236-3662)
11876066     +Fast Auto & Payday Loans,    1206 Azalea Avenue,   Richmond, VA 23227-3413
11876072     +Orchard Bank,   PO Box 60501,    City of Industry, CA 91716-0501
11876073     +Quest Diagnostics, Inc.,   Bankruptcy,    3 Giralda Farms,   Madison, NJ 07940-1027
11876074      Sears / Kmart,   HSBC Card Services,    P.O. Box,   Baltimore, MD 21297-1051
11876075     +Sprint,   Attn: Bankruptcy Dept,    12502 Sprint,   Reston, VA 20196-0001
11876077     +Versa,   P.O. Box 5190,   Bossier City, LA 71171-5190
11876078     +WEBBANK/Fingerhut,    6250 Ridgewood Road,   Saint Cloud, MN 56303-0820
11876079     +WEFIXMONEY.COM,    Fix Media Group,   9435 Lorton Market Street, 762,    Lorton, VA 22079-1963

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr            EDI: QRMTERRY.COM Oct 18 2013 02:23:00      Roy M. Terry, Jr.,   Sands Anderson PC,
                P.O. Box 2188,   Richmond, VA   23218-2188
11876057     +EDI: RMCB.COM Oct 18 2013 02:23:00      American Medical Collection Ag,   Re: Quest Diagnostics,
                2269 S. Saw Mill River Rd #3,   Elmsford, NY 10523-3848
11876058     +EDI: BANKAMER2.COM Oct 18 2013 02:23:00      Bank of America,   P.O. Box 25118,
                Tampa, FL 33622-5118
11876059      EDI: CAPIO.COM Oct 18 2013 02:23:00      Capio Partners,   222 Texoma Pkwy,   Suite 150,
                Sherman, TX 75090-0000
11876060      EDI: CAPITALONE.COM Oct 18 2013 02:23:00      Capital One,   PO Box 71083,
                Charlotte, NC 28272-1083
11876062      EDI: WFNNB.COM Oct 18 2013 02:23:00      Comenity Bank/ASHSTWRT,   P.O. Box 18289,
                Columbus, OH 43218-2789
11876063      EDI: WFNNB.COM Oct 18 2013 02:23:00      Comenity/Avenue,   P.O. Box 182789,
                Columbus, OH 43218-2789
11876064      EDI: WFNNB.COM Oct 18 2013 02:23:00      Comenity/Lane Bryant,   Attn: Bankruptcy Dept,
                P.O. Box 182789,   Columbus, OH 43218-2789
11876068     +EDI: RMSC.COM Oct 18 2013 02:23:00      GECRB/OLD NAVY,   PO BOX 276,   Mail Code 3-4258,
                Dayton, OH 45401-0276
11876069      EDI: HCA2.COM Oct 18 2013 02:23:00      Henrico Doctor's Hospital,   Attn: Legal Dept.,
                P.O. Box 13620,   Richmond, VA 23225-8620
11876070     +EDI: MERRICKBANK.COM Oct 18 2013 02:23:00      Merrick Bank,   Attn: Bankruptcy Dept.,
                PO Box 9201,   Old Bethpage, NY 11804-9001
11876071     +E-mail/Text: bwilson@monitronics.com Oct 18 2013 02:38:56      Monitronics,   PO Box 814530,
                Dallas, TX 75381-4530
11876056     +E-mail/Text: ustpregion04.rh.ecf@usdoj.gov Oct 18 2013 02:40:15      Office of the US Trustee,
                701 E. Broad Street,   Room 4304,   Richmond, VA 23219-1885
11876076      EDI: WTRRNBANK.COM Oct 18 2013 02:23:00      TNB-VISA,   P.O. Box 673,
                Minneapolis, MN 55440-0673
11876080     +EDI: WFFC.COM Oct 18 2013 02:23:00      Wells Fargo Home Mortgage,   3480 Stateview Blvd,
                Fort Mill, SC 29715-7203
                                                                                               TOTAL: 15

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2013                                          Signature:  /s/Joseph Speetjens

```
District/off: 0422-7          User: admin              Page 2 of 2              Date Rcvd: Oct 17, 2013
                              Form ID: B18             Total Noticed: 28
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 16, 2013 at the address(es) listed below:
              Laura Taylor Alridge    on behalf of Debtor Jacqueline Rene Powell-Hamlett ecf@bolemanlaw.com,
               ecfbackup@bolemanlaw.com
              Patrick Thomas Keith    on behalf of Debtor Jacqueline Rene Powell-Hamlett ecf@bolemanlaw.com,
               ecfbackup@bolemanlaw.com
              Roy M. Terry, Jr.    rterry@sandsanderson.com,    gcross@sandsanderson.com;rterry@ecf.epiqsystems.com
              Susan C. Meyer    on behalf of Creditor    WELLS FARGO BANK, NA vabecf@logs.com
                                                                                             TOTAL: 4
```